MDR

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Luis Junior Parra Benitez, | No.    CV-26-02294-PHX-JJT (MTM) |
| Petitioner, | |
| v. | **ORDER** |
| Todd Lyons, *et al.*, | |
| Respondents. | |

Petitioner, through counsel, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 challenging his immigration detention.  He subsequently filed a Motion for Temporary Restraining Order or Preliminary Injunction (Doc. 5) and an Amended Petition.  The Court will order Respondents to file a response to the Motion no later than 4:00 p.m. on Monday, April 6, 2026.  The Court will further order Respondents to file a notice, no later than 1:00 p.m. on Monday, April 6, 2026, indicating whether Petitioner has been removed from the United States and, if not, his present location.  If Petitioner has not been removed from the United States, Respondents shall not remove him until the Court resolves the pending Motion.

**IT IS ORDERED:**

(1)    The Clerk of Court must immediately transmit by email a copy of this Order and the Amended Petition (Doc. 6) to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo    Nickerson    at    Theo.Nickerson2@usdoj.gov,    Dina

Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(2) Respondents must respond to the Motion for Temporary Restraining Order or Preliminary Injunction (Doc. 5) no later than 4**:00 p.m. on April 6, 2026**.

(3) Respondents must file a notice no later than **1:00 p.m. on April 6, 2026**, informing the Court whether Petitioner has been removed from the United States and, if he has not, his present location.

(4) If Petitioner has not been removed from the United States, Respondents are **enjoined from removing him** until the Court resolves the pending Motion.

Dated this 6th day of April, 2026.

Honorable John J. Tuchi
United States District Judge