# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Luis Junior Parra Benitez, | No. CV-26-02294-PHX-JJT (MTM) |
| Petitioner, | **ORDER** |
| v. | |
| Todd M Lyons, et al., | |
| Respondents. | |

Petitioner filed an Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 challenging this immigration detention.  (Doc. 6.)  On April 3, 2026, he filed a Motion for Temporary Restraining Order seeking to enjoin his allegedly imminent removal on the ground that his appeal before the Board of Immigration Appeals remains pending and, as a result, removal would be unlawful.  The Court directed Respondents to respond to the motion on an expedited basis.

Respondents confirm Petitioner's appeal remains pending and, "[a]s a result, there is no final order of removal while Petitioner's appeal is pending with the BIA and Respondents are unable to remove Petitioner." (Doc. 9 at 2.)  Respondents further indicate they "do not oppose Petitioner's request in their Motion for Temporary Restraining Order (TRO) to enjoin removal and not transfer Petitioner outside the District of Arizona until the conclusion of habeas proceedings or until there is a final order of removal." (*Id.* at 1-2.)  Based on Respondents' non-opposition to issuance of a preliminary injunction,

**IT IS THEREFORE ORDERED** Petitioner's Motion for Temporary Restraining

Order and Preliminary Injunction (Doc. 5.) is **granted** to the extent Respondents are enjoined from removing Petitioner Luis Junior Parra Benitez or transferring him outside of the District of Arizona pending further Order of the Court.  No bond is required.

**IT IS FURTHER ORDERED** Respondents shall file an update within ten days of any developments in Petitioner's removal proceedings material to the issues raised in the Amended Petition.

**IT IS FURTHER ORDERED** Respondents must respond to the Amended Petition no later than April 14, 2026.  Petitioner may file a reply no later than April 21, 2026.

Dated this 8th day of April, 2026.

Honorable John J. Tuchi
United States District Judge

- 2 -